ASH

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Francisco Osiel Landaverde,<br>Petitioner,<br>v.<br>Miguel Martinez, et al.,<br>Respondents. | No. CV 26-00648-PHX-SHR (MTM)<br><br>**ORDER** |

On February 2, 2026, Petitioner filed a *pro se* Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus challenging his immigration detention. (Doc. 1.) By Order dated February 4, 2026, the Court ordered Respondents to show cause as to why the Petition should not be granted. (Doc. 3.) After briefing was complete (Docs. 7, 18), Petitioner filed a new petition pursuant to § 2241, initiating case CV 26-04827-PHX-SHR (D. Ariz. 2026). Recently, mail in that case sent to Petitioner from the Court was returned as "not deliverable" because Petitioner was "not in custody." (*See* Doc. 11 in CV 26-04827). A search for Petitioner in the ICE Detainee Locator[1] returns no information for Petitioner. Accordingly, it appears Petitioner may no longer be in custody. The Court will direct Respondents to file a status update within three (3) days as to Petitioner's current detention status.

. . . .

. . . .

[1] *Available at* https://locator.ice.gov/odls/#/search. (*last visited August 25, 2026*).

**IT IS ORDERED** within three (3) days of the date this Order is filed, Respondents must file a status report detailing whether Petitioner remains in immigration detention.

Dated this 25th day of August, 2026.

Honorable Scott H. Rash
United States District Judge