ASH

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Francisco Osiel Landaverde,

Petitioner,

v.

Miguel Martinez, et al.,

Respondents.

No. CV 26-00648-PHX-SHR (MTM)

**ORDER**

On February 2, 2026, Petitioner filed a *pro se* Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus challenging his immigration detention. (Doc. 1.) By Order dated February 4, 2026, the Court ordered Respondents to show cause as to why the Petition should not be granted. (Doc. 3.) After briefing was complete (Docs. 7, 18), Petitioner filed a new petition pursuant to § 2241, initiating case CV 26-04827-PHX-SHR (D. Ariz. 2026). Recently, mail in that case sent to Petitioner from the Court was returned as "not deliverable" because Petitioner was "not in custody." (*See* Doc. 11 in CV 26-04827). A search for Petitioner in the ICE Detainee Locator returned no information for Petitioner. Because it appeared Petitioner may no longer be in custody, the Court directed Respondents to file a status update as to Petitioner's current detention status. (Doc. 24.) Respondents now indicate Petitioner was released from custody on August 14, 2026. (Doc. 25.) Accordingly, because no further relief can be granted in this matter, the Court will dismiss the Petition as moot.

. . . .

**IT IS ORDERED**:

(1) The Petition (Doc. 1) and this action are **dismissed without prejudice as moot**.

(2) All pending motions (Docs. 16, 17, 19, 21, and 22) are **denied as moot**.

(3) The Clerk of Court must enter judgment accordingly and close this case.

Dated this 28th day of August, 2026.



Honorable Scott H. Rash
United States District Judge